THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOHN REDMOND,<br><br>                Plaintiff,<br><br>v.<br><br>CHIEF DUMONT et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:21-cv-384-DBB<br><br>District Judge David Barlow |

Plaintiff, John Redmond, an inmate at Salt Lake County Jail, filed a *pro se* civil rights complaint. *See* 42 U.S.C.S. § 1983 (2021). Because Plaintiff had, at three or more prior times while incarcerated, brought an action that was dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 *id.* § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (ECF No. 10 (Aug. 25, 2021).) The Court warned that Plaintiff's complaint would be dismissed unless he paid the full filing fee within thirty days. More than two months later, it remains unpaid and Plaintiff has not been heard from again in this case.

       IT IS THEREFORE ORDERED that this action is DISMISSED.

       DATED this 2nd day of November, 2021.

                                            BY THE COURT:

                                            _____<br>
                                            DAVID BARLOW<br>
                                            United States District Judge